JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IVAN MERRIWETHER, | ) Case No. CV 20-5219-JPR |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| THERESA CISNEROS, Acting Warden, | ) |
| Respondent. | ) |

Pursuant to the Memorandum Decision and Order Dismissing Petition With Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 31, 2021

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE